IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL L. ROSS,<br><br>          Petitioner,<br><br>vs.<br><br>ROBERT MADSEN, Warden Nebraska Penitentiary; and SCOTT R. FRAKES, Director Nebraska Department of Correctional Services;<br><br>          Respondents. | 4:18CV3000<br><br>MEMORANDUM AND ORDER |

This matter is before the court on case management. Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 that was prepared and signed by attorney Gerald L. Soucie. (Filing No. 1.) Mr. Soucie has not filed a written entry of appearance in this matter. *See* NEGenR 1.3(d) ("An attorney appears in a case by . . . filing a written entry of appearance or signed pleading . . . ."). Before the court takes any action in this case, Mr. Soucie must advise the court whether he intends to enter his appearance in this case.

IT IS THEREFORE ORDERED that: the clerk's office shall mail a copy of this Memorandum and Order to Petitioner and also mail a copy of this Memorandum and Order to Mr. Soucie at the address provided in his current registration as a member of the bar of this court.

Dated this 16th day of January, 2018.

                                                    BY THE COURT:

                                                    s/ *Richard G. Kopf*
                                                    Senior United States District Judge