IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MICHAEL L. ROSS, | |
|---|---|
| Petitioner, | 4:18CV3000 |
| vs. | |
| ROBERT MADSEN, Warden Nebraska Penitentiary; and SCOTT R. FRAKES, Director Nebraska Department of Correctional Services, | MEMORANDUM AND ORDER |
| Respondents. | |

This matter is before the court on case management. The court is in receipt of the Response filed by attorney Gerald L. Soucie, in which Mr. Soucie represents himself as the "Attorney for Petitioner, Michael L. Ross." (Filing No. 4, *see* signature block). Also, Mr. Soucie is listed on CM/ECF as the "Attorney to be Noticed. (*See* Docket Sheet.) Accordingly,

IT IS ORDERED that: The plaintiff is now represented by counsel. At the direction of the Court, this case is removed from the pro se docket. The clerk's office shall randomly assign new judges to this case and shall request a reassignment order from the Chief Judge.

Dated this 24th day of January, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge